**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00253-CV

## IN THE INTEREST OF S.K.D AND J.E.D., MINOR CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-19830-Z**

## ORDER

On the Court's own motion, our opinion and judgment of August 27, 2013 are

**ORDERED** withdrawn. An opinion and judgment in the above-numbered cause will issue in

due course.


/s/     DAVID L. BRIDGES
            JUSTICE